.0

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 4:10CR00528-023 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **MATTHEW J. PORTER,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on June 8, 2015, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Ross T. Smith.

The violation petition was referred to Magistrate Judge Greg White who issued a Report and Recommendation on May 20, 2015 [Doc. 773]. The Court, finding that no objections to the Report and Recommendation had been filed, adopted same and found that the following terms of supervision had been violated:

      1) failure to report;

      2) failing to submit to drug testing;

      3) possession of drug paraphernalia.

The Court, after entertaining statements from counsel, sentenced defendant to the custody of the U.S. Marshal pending the availability of a bed in a community controlled treatment center.

Upon release from custody of the U.S. Marshal defendant shall serve one year of supervised release with credit for time served in federal custody on the instant violations.  The terms of supervision earlier imposed remain in place.  Further, defendant shall serve thirty days in a community controlled treatment center and participate in and successfully complete a residential drug treatment or detoxification program.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio pending transfer to a community controlled treatment center.

**IT IS SO ORDERED.**


Dated: June 8, 2015 　　　　　　　　　　　　　　s/    *James S. Gwin*
　　　　　　　　　　　　　　　　　　　　　　　JAMES S. GWIN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE