**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:10CR00528-023** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **AMENDED ORDER** |
| | ) | |
| **MATTHEW J. PORTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on June 8, 2015, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Ross T. Smith.

The violation petition was referred to Magistrate Judge Greg White who issued a Report and Recommendation on May 20, 2015 [Doc. 773]. The Court, finding that no objections to the Report and Recommendation had been filed, found that the following terms of supervision had been violated:

      1) failure to report;

      2) failing to submit to drug testing;

      3) possession of drug paraphernalia.

The Court, after entertaining statements from counsel, imposed the following sentence: the defendant is remanded to the custody of the U.S. Marshal pending the availability for placement in a residential (lock down) drug treatment or detoxification program. Upon release

from custody of the U.S. Marshal the defendant shall serve a one year term of supervised release under the terms earlier imposed and is granted credit for time served in federal custody on the instant violations.  The defendant, upon release from custody of the U.S. Marshal, shall immediately enter and successfully complete a residential (lock down) drug treatment or detoxification program as directed by the supervising officer.  Immediately upon completion of the residential (lock down) drug treatment program the defendant shall serve 30 days in a Community Corrections Center (halfway house).

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio pending transfer to a residential (lock down) drug treatment or detoxification program.

**IT IS SO ORDERED.**


Dated: June 9, 2015                                          s/    *James S. Gwin*
                                                            JAMES S. GWIN
                                                            UNITED STATES DISTRICT JUDGE